OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING

CLERK



450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
(415) 522-2000

## NOTICE TO SUBMIT ADDITIONAL DOCUMENTATION AND/OR FILING FEE

TO: _____

CASE NO.: C07-04574 MJJ

DATE: SEP 4 2007

RE: TITLE VII - EMPLOYMENT DISCRIMINATION CASE

In order for the Court to proceed with your previously submitted employment discrimination complaint, submission of the following item(s) is required:

\_\_\_\_ Your complaint may not be filed until you either pay the $150 filing fee or submit a completed form Request to Proceed In Forma Pauperis. A copy of the form is being provided to you with this notice.

**X** Your complaint may not proceed until you file the Notice of Right to Sue Letter sent to you by the Equal Employment Opportunity Commission. Please file as soon as possible.

\_\_\_\_ Other: _____

RICHARD W. WIEKING, Clerk

### CYNTHIA LENAHAN

By: Deputy Clerk

~4571879.wpd