UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAZELLA W. SPEAKS,<br><br>        Plaintiff,<br><br>  v.<br><br>METROCITIES MORTGAGE et al,<br><br>        Defendant.<br>_____/ | Case Number: C07-4574 VRW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 26, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Jazella W. Speaks
3119 Tintorera Way
Sacramento, CA 95833

Dated: February 26, 2008

                                      Richard W. Wieking, Clerk
                                      By: Cora Klein, Deputy Clerk

                                      *Cora Klein* (signature)