IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAZELLA W SPEAKS, | No   C 07-4574 VRW |
|     Plaintiff, | ORDER TO SHOW CAUSE |
|     v | |
| METROCITIES MORTGAGE, | |
|     Defendant. | |

    Plaintiff failed to appear at the May 22, 2008, case management conference in this matter.  Accordingly, plaintiff IS ORDERED TO SHOW CAUSE in writing by June 5, 2008, why this case should not be dismissed for failure to prosecute.

    IT IS SO ORDERED.

/s/ Vaughn Walker

VAUGHN R WALKER
United States District Chief Judge