UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL PRETRIAL MINUTES**

**VAUGHN R. WALKER**
United States District Chief Judge

Date :   May 22, 2008

**C 07-4574  VRW    Jazella W. Speaks    v   Metrocities Mortgage**

Attorneys : For Plaintiff(s):    No appearances

       For Defendant(s):

Deputy Clerk: Cora Klein                                             Reporter:  Margo Gurule

PROCEEDINGS:

1.  Case Management Conference held. Plaintiff failed to appear at the scheduled conference.

2.  The court directed the clerk to issue an order to show cause why the action should not be dismissed for failure to prosecute.

Order to be prepared by:     Plntf_____     Deft_____     Court_x_