UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPEAKS, | Case Number: C07-4574 VRW |
|         Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| METROCITIES MORTGAGE et al, | |
|         Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 1, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jazella W. Speaks
3119 Tintorera Way
Sacramento, CA 95833

Dated: July 1, 2008

                                              Richard W. Wieking, Clerk
                                              By: Cora Klein, Deputy Clerk

*Cora Klein*